United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE: Lashanda Thompson
1058 Des Plaines Ave.
Forest Park, IL 60130

Case No. 1:19-bk-2934

Debtor(s)

In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the Debtor has submitted a Proof of Claim for you in the amount of $1390.00, Claim# 11.

Claimant

Name: Village of Melrose Park
Address: Police Department - 1 N Broadway
City, State Zip: Melrose Park, IL 60160

Date: 04/23/2019

Jeffrey P. Allsteadt, Clerk

Ron Green
Deputy Clerk

United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:    Case No. 1:19-bk-2934

Lashanda Thompson
1058 Des Plaines Ave.
Debtor(s)

Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

Creditor Name & Address:

Village of Melrose Park
Police Department - 1 N Broadway
Melrose Park, IL 60160

Debtor Name & Address:

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

The following parties received electronic notification

Attorney for Debtor Name:

JDavid H Cutler  Cutler & Associates,

Trustee Name:

Tom Vaughn

Date:    04/23/2019

Ron Green
Deputy Clerk