UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-02934 |
|---|---|---|
| Lashanda Thompson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)**

IT IS HEREBY ORDERED that:

Debtor(s) counsel is allowed no fees because the Chapter 13 Trustee holds no funds after case dismissal.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: May 29, 2019